NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANVERS E. LONG,**
*Petitioner,*

v.

**SOCIAL SECURITY ADMINISTRATION,**
*Respondent.*

---

2010-3108

---

Petition for review of the Merit Systems Protection Board in case no. CB7521080019-I-1.

---

## ON MOTION

---

## ORDER

The Social Security Administration moves without opposition for a 30-day extension of time, until September 8, 2010, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**SEP 0 2 2010**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Christopher C. Sharp, Esq.
     Elizabeth M. Hosford, Esq.

s20

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 0 2 2010**

**JAN HORBALY**
**CLERK**